## ORRIN D. KINNEY v. EMIL MUNCH and Others.[1]

August 4, 1911.

Nos. 17,118, 17,132—(202, 204).

Case followed.

Action of ejectment in the district court for Pine county, and to abate a dam and stop the overflow of the premises, and for $2,440 damages. The case was tried before Wright, J., on the same evidence as that in Simons v. Munch, supra, page 360. From the judgment in favor of defendants, entered pursuant to the findings and order for judgment, plaintiff and the allied interveners appealed. Reversed on appeal of plaintiff and allied interveners. Affirmed on appeal of intervener Taylor.

[1] Reported in 132 N. W. 326.

*J. W. Reynolds,* for appellants.

*Durment, Moore & Sanborn* and *J. N. Searles,* for respondents.

PER CURIAM.

The decision in the case of Simons v. Munch, supra, page 360, 132 N. W. 321, controls this case.

Judgment reversed on appeal of plaintiff and allied interveners, and case remanded, with directions to the trial court to amend its conclusions of law in accordance with the opinion in the case of Simons v. Munch, and to order judgment accordingly.

Affirmed on appeal of intervener Taylor.

LEWIS, J., absent, took no part.